LAW DEPARTMENT
NATIONAL TORT CENTER


UNITED STATES
POSTAL SERVICE

October 23, 2017

Jason Weisser
Attorney at Law
291 NW Peacock Blvd., Suite 102
Port St. Lucie, FL 34986

Re:   Your Clients:      Lynette Waller and Amelia Meloche
      Date of Incident:  February 7, 2016

Dear Mr. Zoeller:

I have had an opportunity to review the information submitted on the above referenced claims. It is our opinion that Lynette Waller and Amelia Meloche have failed to submit proof of a significant and permanent loss of an important bodily function, or a permanent injury within a reasonable degree of medical probability as a result of this accident, as those terms are defined in the Florida No fault law, such as to entitle them to recover thereunder.

In order to resolve these claims short of litigation, I am willing to make an offer in the amount of $5,000 to Amelia Meloche; and $1,000 to Lynette Waller. Kindly discuss these offer with your clients and advise me of their interest.

In the event settlement is not achieved and suit is filed, the United States District Court has exclusive jurisdiction, 28 U.S.C. § 1346(b). A jury trial is not available, 28 U.S.C. § 2402. Nothing in this letter should be construed to be an admission of fact or of liability or to limit or waive any defenses that may be available to the United States should litigation ensue. Furthermore, you are reminded that counsel fees in claims presented under the provisions of the Federal Tort Claims Act are regulated by statute to 20%. Please see 28 U.S.C.§ 2678 for reference.

I look forward to your response.

Sincerely,

Ann Mandernach
Tort Claims Examiner/Adjudicator
Tel: 314/345-5847

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL: 314/345-5820
FAX: 314/345-5893