# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 2:18-CV-14019-RLR

Plaintiff:
**LYNETTE B. WALLER**

vs.

Defendant:
**UNITED STATES OF AMERICA**


MLS2018000285

For:
Michael D. Dickenson*
SCHULER, HALVORSON, WEISSER & ZOELLER, P.A. *
1615 Forum Place
Suite 4-D
West Palm Beach, FL 33401

Received by MULBERRY LEGAL SERVICES, INC. on the 23rd day of January, 2018 at 11:01 am to be served on **U.S. ATTORNEY'S OFFICE BY SERVING, BENJAMIN G.GREENBERG, 500 AUSTRAILIAN AVENUE SOUTH, SUITE 400, WEST PALM BEACH, FL 33401.**

I, Ralph C. Robinson, do hereby affirm that on the **24th day of January, 2018** at **11:25 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **PAUL HENRY** as **PARALEGAL** for **U.S. ATTORNEY'S OFFICE BY SERVING, BENJAMIN G.GREENBERG**, at the address of: **500 AUSTRAILIAN AVENUE SOUTH, SUITE 400, WEST PALM BEACH, FL 33401,** and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 185, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Ralph C. Robinson
CPS#1264

MULBERRY LEGAL SERVICES, INC.
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526
Our Job Serial Number: MLS-2018000285

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LYNETTE B. WALLER | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 2:18-cv-14019-RLR |
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benjamin G. Greenberg
U.S. Attorney's Office
500 Australian Avenue South
Suite 400
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL D. DICKENSON ESQUIRE   FBN: 90011
Schuler Halvorson Weisser Zoeller & Overbeck
1615 Forum Place, Suite 4D, West Palm Beach, FL 33401
Telephone: 561-689-8180    Facsimile: 561-684-9683
mdickenson@shw-law.com; jdaza@shw-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RECEIVED JAN 2 2 2018 BY:

Date: _____01/22/2018_____

SUMMONS

Steven M. Larimore
Clerk of Court

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: