# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 2:18-CV-14019-RLR

Plaintiff:
**LYNETTE B. WALLER**

vs.

Defendant:
**UNITED STATES OF AMERICA**

MLS2018000286

For: Michael D. Dickenson*
SCHULER, HALVORSON, WEISSER & ZOELLER, P.A. *

Received by MULBERRY LEGAL SERVICES, INC. on the 23rd day of January, 2018 at 11:01 am to be served on **ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE BY SERVING, JEFF SESSIONS, 950 PENNSYLVANIA AVENUE N.W., WASHINGTON, DC 20530**. I, Kevin Locke being duly sworn, depose and say that on the 23 day of January, 2018 at 1:36 P.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving David Burroughs as Paralegal

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 39  Sex (M) F  Race Black  Height 5'9"  Weight 175  Hair Black  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 23 day of January, 2018 by the affiant who is personally known to me.

_Marcus Smith_
NOTARY PUBLIC



Ken Lade
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

MULBERRY LEGAL SERVICES, INC.
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526
Our Job Serial Number: 2018000286

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LYNETTE B. WALLER

*Plaintiff(s)*

v.                                            Civil Action No. 2:18-cv-14019-RLR

UNITED STATES OF AMERICA

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFF SESSIONS
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL D. DICKENSON ESQUIRE   FBN: 90011
Schuler Halvorson Weisser Zoeller & Overbeck
1615 Forum Place, Suite 4D, West Palm Beach, FL 33401
Telephone: 561-689-8180   Facsimile: 561-684-9683
mdickenson@shw-law.com; jdaza@shw-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RECEIVED JAN 2 2 2018 BY:

Date:   01/22/2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Randi Marks
Deputy Clerk
U.S. District Courts